UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER L. PATTERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN CLARK KELSO,<br><br>　　　　Defendant. | No.  2:16-cv-0719 AC P<br><br>CORRECTION TO ORDER FILED AUGUST 2, 2016 (ECF NO. 25) |

The undersigned has identified an error in the Order filed on August 2, 2016 (ECF No. 25). The sentence in that document located at page 14, lines 14-15, is hereby corrected to read as follows:

> 5. Defendant's motion to dismiss the first amended complaint (ECF No. 7) is granted and the first amended complaint is dismissed **without** leave to amend.

IT IS SO ORDERED.

DATED: August 2, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE