UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER L. PATTERSON, | No. 2:16-cv-0719 AC P |
| Plaintiff, | |
| v. | ORDER |
| JOHN CLARK KELSO, | |
| Defendant. | |

By order filed August 2, 2016, plaintiff's first amended complaint was dismissed without leave to amend and this action was closed. ECF Nos. 25-27. Plaintiff proceeded to file a notice of appeal. ECF No. 29. He also filed a motion to proceed in forma pauperis. ECF No. 33. This action has been closed and, while Federal Rule of Appellate Procedure 24(a) directs appellants seeking to proceed in forma pauperis to file a motion in the district court, plaintiff also filed a motion with the Ninth Circuit that was granted. Patterson v. Kelso, No. 16-16489, ECF No. 6 (9th Cir. Nov. 21, 2016).

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to proceed in forma pauperis (ECF No. 33) is denied as moot.

DATED: May 10, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE