UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER L. PATTERSON, | No. 2:16-cv-0719 AC P |
| Plaintiff, | |
| v. | ORDER |
| JOHN CLARK KELSO, | |
| Defendant. | |

Plaintiff has filed a motion to vacate judgment and reopen the case pursuant to Federal Rule of Civil Procedure 60(b)(6), on the ground that the court's decision was contrary to the Supreme Court's holding in <u>Simmons v. Himmelreish</u>, 136 S. Ct. 1843 (2016).

Under Rule 60(b)(6), the court may relieve a party from a final judgment for "any . . . reason that justifies relief." Any motion for relief under Rule 60(b)(6) "must be made within a reasonable time." Fed. R. Civ. P. 60(c)(1). The complaint in this case was dismissed on the grounds that the claims were barred by the Federal Tort Claims Act and the defendant was immune from suit (ECF No. 25), and judgment was entered on August 2, 2016 (ECF No. 27). On appeal, the Ninth Circuit affirmed this court's decision and the mandate issued on February 2, 2018. ECF No. 36.

The Supreme Court's opinion in <u>Simmons</u> was issued in 2016, and plaintiff has therefore failed to bring his motion within a reasonable time. Furthermore, plaintiff already made this

1

argument on appeal to the Ninth Circuit (<u>Patterson v. Kelso</u>, No 16-16489, ECF No. 13 at 9), and it was clearly rejected as the Ninth Circuit affirmed the decision in this case (ECF No. 35). Finally, even if plaintiff were correct and the holding in <u>Simmons</u> meant that he was not required to comply with the Federal Tort Claims Act, defendant Kelso would still be immune from suit. The motion will therefore be denied as untimely and for failure to establish any grounds that justify relief.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to vacate judgment and reopen the case (ECF No. 37) is denied.

DATED: April 18, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE